THOMAS T. LONARDO, P.C. *v.* ALBERTO DICHELLO

The defendant's petition for certification for appeal from the Appellate Court, 121 Conn. App. 528 (AC 30656), is denied.

*Peter E. Ricciardi,* in support of the petition.

Decided September 8, 2010

HARRY KRAIZA, JR. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF HARTLAND

The plaintiff's petition for certification for appeal from the Appellate Court, 121 Conn. App. 478 (AC 30836), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the defendant properly denied the plaintiff's application to subdivide his property?"

The Supreme Court docket number is SC 18667.

*Kenneth R. Slater, Jr.,* in support of the petition.

*Mary E. R. Bartholic* and *Nicholas P. Vegliante,* in opposition.

Decided September 8, 2010

PETER ANDERSON ET AL. *v.* ANDRE POIRIER ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 121 Conn. App. 748 (AC 30842), is denied.

*Gerald L. Garlick,* in support of the petition.

*Mark T. Kelly,* in opposition.

Decided September 8, 2010